a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| SIRKEAMEO VANDRELL JOHNSON #2797672, Plaintiff | CIVIL DOCKET NO. 3:26-CV-01113 SEC P |
| VERSUS | JUDGE EDWARDS |
| RYAN MAHONEY ET AL, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Before the Court is a civil rights Complaint under 42 U.S.C. § 1983 filed by pro se Plaintiff Sirkeameo Johnson ("Johnson"), an inmate at the Ouachita Parish Correctional Center in Monroe, Louisiana. Johnson alleging constitutional violations arising from his arrests and pending criminal prosecutions. Additional facts are necessary to evaluate Johnson's Complaint under 28 U.S.C. § 1915(e)(2)(B) and § 1915A.

Accordingly, IT IS ORDERED that Johnson amend his Complaint within 30 days as follows:

1. For each claim, state when and where the incident occurred, describe what each Defendant involved in that incident personally did or failed to do, and explain what injury or loss resulted.
2. Regarding the alleged use of force, describe what Johnson and the officers were doing immediately before the incident, whether Johnson

was restrained or resisting, any resulting injuries, and whether any officer had an opportunity to intervene. For each challenged arrest, search, or seizure, state whether a warrant was issued, if known, and explain why Johnson contends the arrest, search, or seizure was unlawful.

3. Identify the criminal charges arising from each arrest and state whether they remain pending, were dismissed, or resulted in a conviction. Provide the state court and case number, if known. If Johnson intends to pursue a claim against his defense attorney, describe the specific conduct at issue and any facts showing that counsel acted jointly with a state official to violate his constitutional rights.

4. State the specific relief requested.

Failure to comply may result in dismissal of the deficient claims under 28 U.S.C. § 1915(e)(2)(B) or Federal Rule of Civil Procedure 41(b).

SIGNED on Wednesday, November 18, 2026.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE